# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MIX,<br><br>                 Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN BERNARDINO,<br><br>                 Defendant. | Case No. 5:23-cv-01629-ODW-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint (ECF No. 12); the briefs and documents filed in support of and in opposition to Motion to Dismiss (ECF No. 16); the other records on file herein; and the Report and Recommendation of United States Magistrate Judge (ECF No. 22). Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

      **IT THEREFORE IS ORDERED** that:

      (1)    The Report and Recommendation of United States Magistrate Judge is **ACCEPTED**;

///

///

(2) The Motion is **DENIED**;

(3) Defendant shall file an Answer to the First Amended Complaint within thirty (30) days after the date of this Order.

DATED: _October 29, 2024

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE